HENRY CAPPEL et al., Respondents, v. MAX GERBER et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. The order should not be interpreted as requiring the disclosure of the names of customers. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

JOHN NIEVES, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs to the respondent. We are not required to decide and do not decide any possible issue arising out of this litigation other than that the jury could find for the plaintiff on the question of how the accident happened. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE WRIGHT, Appellant, et al., Defendants.— An examination of an abstract of the official stenographer's minutes of the trial shows that the claim is wholly without merit. Order, denying motion for a writ of error *coram nobis*, unanimously affirmed. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

ADA S. MIRSKY, Appellant, v. JOHN B. COHANE, Respondent. JOHN B. COHANE, Respondent, v. ADA S. MIRSKY et al., Appellants.— Orders unanimously modified by striking from the answer so much of the alleged third defense and counterclaim as purports to set forth a counterclaim. The third defense and counterclaim is insufficient as a counterclaim. It seeks to recover fees in the present suit which are not recoverable under the circumstances set forth. The pleading may stand as a defense. The orders are modified accordingly and, as so modified, affirmed, with $10 costs and disbursements to the appellants. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 281 App. Div. 659.]

CARLYLE FINKELSTEIN et al., v. FERDINAND PECORA.— Motion for leave to appeal to the Court of Appeals or for reargument in all respects denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 913.]

116 EAST 57TH STREET INC. v. BERNARD NEWMAN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 913.]

In the Matter of MERLE HIGLEY, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator and as the Temporary State Housing Rent Commissioner, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and the stay continued for a period of ten days from entry of the order herein, pending petitioner's application to the Court of Appeals for leave to appeal to that court. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *ante*, p. 911.]